JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY SCOTT ex rel. LACRISHA KIMBERLEY SCOTT, deceased,<br><br>   Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>   Defendant. | Case No. EDCV 22-1776-JPR<br><br>**J U D G M E N T** |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT the Commissioner's request for an order affirming his final decision is GRANTED and judgment is entered in the Commissioner's favor.

DATED: January 19, 2024

*Jean Rosenbluth*
JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE